Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
6787 W. Tropicana Ave., Suite 206
Las Vegas, NV 89103
(714) 617-8325
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
MICHAEL GRECCO PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONICA DODGE aka ANICA MARTIN d/b/a fashionilluminati.com; DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:17-cv-02313-JCM-NJK <br><br> **[PROPOSED] ENTRY OF DEFAULT** <br><br> **Filed and Served Concurrently:** <br> 1. Request For Entry of Default <br> 2. Declaration of Mathew K. Higbee |

### CLERK'S ENTRY OF DEFAULT
### AS TO DEFENDANT MONICA DODGE

According to the official Court file in the above-captioned action, the

Complaint of the Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") was filed

1

on September 1, 2017, against Defendant Monica Dodge aka Anica Martin d/b/a fashionilluminati.com, ("Defendant") Civil Action 2:17-cv-02313-JCM-NJK.

Service of the Summons and Complaint was made upon Defendant on October 9, 2017. (ECF Docket #7). The executed proof of service of the Summons and Complaint upon Defendant was filed with the Court on October 26, 2017. *Ibid.*

As of the date of this entry, no answer has been filed with the Clerk on behalf of Defendant, Defendant has not made a formal appearance, nor has Defendant otherwise defended herein.

WHEREFORE, the default of Defendant Monica Dodge aka Anica Martin d/b/a fashionilluminati.com is hereby entered on this _____ day of _____ 2017.

                                                                    _____
                                                                    Clerk, United States District Court
                                                                    District of Nevada

## **CERTIFICATE OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 113, Santa Ana, California, 92705.

On October 31, 2017, I caused to be served the foregoing **Request for Entry of Default, Declaration of Mathew K. Higbee, and Proposed Entry of Default** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Monica Dodge
145 E. Harmon Ave. #24
Las Vegas, NV 89109

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 31, 2017, at Santa Ana, California.

*/s/ Mathew K. Higbee*
Mathew K. Higbee, Esq.
*Counsel for Plaintiff*